ARTHUR D. BRANNAGAN, Appellant, *v.* HARRY BUCKMAN et al., Respondents.

*Brannagan* v. *Buckman*, 145 App. Div. 950, affirmed. (Argued January 24, 1913; decided February 11, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department,

entered October 9, 1911, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term in an action to enjoin defendants from interfering with the plaintiff's use of a certain telephone line.

*Joseph D. Senn* for appellant.

*D. C. Burke* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: GRAY, WERNER, HISCOCK, COLLIN, CUDDEBACK and MILLER, JJ. Absent: CULLEN, Ch. J.